# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
Debra A. Vitagliano

**DEFENDANTS**
County of Westchester; George Latimer, in his official capacity as County Executive of the County of Westchester; and John M. Nonna, in his official capacity as County Attorney of the County of Westchester,

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, NW, Suite 400, Washington, DC 20001
(202) 955-0095

**ATTORNEYS (IF KNOWN)**
Westchester County Attorney's Office
148 Martine Avenue, Room 600, White Plains, NY 10601

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

42 U.S.C. § 1983, Violation of U.S. Constitution First Amendment: Free Speech Clause

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [x] Yes [ ]     Judge Previously Assigned

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ] If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?     No [x]     Yes [ ]

*(PLACE AN [x] IN ONE BOX ONLY)*     NATURE OF SUIT

**TORTS**     **ACTIONS UNDER STATUTES**

| CONTRACT | | PERSONAL INJURY | | PERSONAL INJURY/ PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY | FORFEITURE/PENALTY | | BANKRUPTCY | | OTHER STATUTES | |
|---|---|---|---|---|---|---|---|---|---|---|
| [ ] 110 | INSURANCE | [ ] 310 AIRPLANE | | [ ] 367 HEALTHCARE/ | [ ] 625 DRUG RELATED | | [ ] 422 APPEAL | | [ ] 375 FALSE CLAIMS | |
| [ ] 120 | MARINE | [ ] 315 AIRPLANE PRODUCT | | | SEIZURE OF PROPERTY | | 28 USC 158 | | [ ] 376 QUI TAM | |
| [ ] 130 | MILLER ACT | LIABILITY | | [ ] 365 PERSONAL INJURY | 21 USC 881 | | [ ] 423 WITHDRAWAL | | [ ] 400 STATE | |
| [ ] 140 | NEGOTIABLE | [ ] 320 ASSAULT, LIBEL & | | PRODUCT LIABILITY | [ ] 690 OTHER | | 28 USC 157 | | REAPPORTIONMENT | |
| | INSTRUMENT | SLANDER | | [ ] 368 ASBESTOS PERSONAL | | | | | [ ] 410 ANTITRUST | |
| [ ] 150 | RECOVERY OF | [ ] 330 FEDERAL | | INJURY PRODUCT | | | | | [ ] 430 BANKS & BANKING | |
| | OVERPAYMENT & | EMPLOYERS' | | LIABILITY | PROPERTY RIGHTS | | | | [ ] 450 COMMERCE | |
| | ENFORCEMENT | LIABILITY | | | [ ] 820 COPYRIGHTS | [ ] 880 DEFEND TRADE SECRETS ACT | | | [ ] 460 DEPORTATION | |
| | OF JUDGMENT | [ ] 340 MARINE | | PERSONAL PROPERTY | [ ] 830 PATENT | | | | [ ] 470 RACKETEER INFLU- | |
| [ ] 151 | MEDICARE ACT | [ ] 345 MARINE PRODUCT | | [ ] 370 OTHER FRAUD | | | | | ENCED & CORRUPT | |
| [ ] 152 | RECOVERY OF | LIABILITY | | [ ] 371 TRUTH IN LENDING | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION | | | | ORGANIZATION ACT | |
| | DEFAULTED | [ ] 350 MOTOR VEHICLE | | | [ ] 840 TRADEMARK | | | | (RICO) | |
| | STUDENT LOANS | [ ] 355 MOTOR VEHICLE | | | | | | | [ ] 480 CONSUMER CREDIT | |
| | (EXCL VETERANS) | PRODUCT LIABILITY | | | | | SOCIAL SECURITY | | [ ] 485 TELEPHONE CONSUMER | |
| [ ] 153 | RECOVERY OF | [ ] 360 OTHER PERSONAL | | [ ] 380 OTHER PERSONAL | LABOR | | [ ] 861 HIA (1395ff) | | PROTECTION ACT | |
| | OVERPAYMENT | INJURY | | PROPERTY DAMAGE | [ ] 710 FAIR LABOR | | [ ] 862 BLACK LUNG (923) | | | |
| | OF VETERAN'S | [ ] 362 PERSONAL INJURY - | | [ ] 385 PROPERTY DAMAGE | STANDARDS ACT | | [ ] 863 DIWC/DIWW (405(g)) | | [ ] 490 CABLE/SATELLITE TV | |
| | BENEFITS | MED MALPRACTICE | | PRODUCT LIABILITY | [ ] 720 LABOR/MGMT | | [ ] 864 SSID TITLE XVI | | [ ] 850 SECURITIES/ | |
| [ ] 160 | STOCKHOLDERS | | | | RELATIONS | | [ ] 865 RSI (405(g)) | | COMMODITIES/ | |
| | SUITS | | | PRISONER PETITIONS | [ ] 740 RAILWAY LABOR ACT | | | | EXCHANGE | |
| [ ] 190 | OTHER | | | [ ] 463 ALIEN DETAINEE | [ ] 751 FAMILY MEDICAL | | FEDERAL TAX SUITS | | [ ] 890 OTHER STATUTORY | |
| | CONTRACT | | | [ ] 510 MOTIONS TO | LEAVE ACT (FMLA) | | [ ] 870 TAXES (U.S. Plaintiff or | | ACTIONS | |
| [ ] 195 | CONTRACT | ACTIONS UNDER STATUTES | | VACATE SENTENCE | | | Defendant) | | [ ] 891 AGRICULTURAL ACTS | |
| | PRODUCT | CIVIL RIGHTS | | 28 USC 2255 | [ ] 790 OTHER LABOR | | [ ] 871 IRS-THIRD PARTY | | [ ] 893 ENVIRONMENTAL | |
| | LIABILITY | | | [ ] 530 HABEAS CORPUS | LITIGATION | | 26 USC 7609 | | MATTERS | |
| [ ] 196 FRANCHISE | | [x] 440 OTHER CIVIL RIGHTS | | [ ] 535 DEATH PENALTY | [ ] 791 EMPL RET INC | | | | [ ] 895 FREEDOM OF | |
| | | (Non-Prisoner) | | [ ] 540 MANDAMUS & OTHER | SECURITY ACT (ERISA) | | | | INFORMATION ACT | |
| | | [ ] 441 VOTING | | | | | | | [ ] 896 ARBITRATION | |
| REAL PROPERTY | | [ ] 442 EMPLOYMENT | | | | | IMMIGRATION | | [ ] 899 ADMINISTRATIVE | |
| [ ] 210 | LAND | [ ] 443 HOUSING/ | | PRISONER CIVIL RIGHTS | | | [ ] 462 NATURALIZATION | | PROCEDURE ACT/REVIEW OR | |
| | CONDEMNATION | ACCOMMODATIONS | | [ ] 550 CIVIL RIGHTS | | | APPLICATION | | APPEAL OF AGENCY DECISION | |
| [ ] 220 | FORECLOSURE | [ ] 445 AMERICANS WITH | | [ ] 555 PRISON CONDITION | | | [ ] 465 OTHER IMMIGRATION | | [ ] 950 CONSTITUTIONALITY OF | |
| [ ] 230 | RENT LEASE & | DISABILITIES - | | [ ] 560 DETAINEE | | | ACTIONS | | STATE STATUTES | |
| | EJECTMENT | EMPLOYMENT | | CONDITIONS OF CONFINEMENT | | | | | | |
| [ ] 240 | TORTS TO LAND | [ ] 446 AMERICANS WITH | | | | | | | | |
| [ ] 245 | TORT PRODUCT | DISABILITIES -OTHER | | | | | | | | |
| | LIABILITY | [ ] 448 EDUCATION | | | | | | | | |
| [ ] 290 | ALL OTHER | | | | | | | | | |
| | REAL PROPERTY | | | | | | | | | |

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE Hon. Philip M. Halpern     DOCKET NUMBER 7:22-cv-6950

*Check YES only if demanded in complaint*
JURY DEMAND: [x] YES [ ] NO     NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

## ORIGIN

*(PLACE AN  x  IN ONE BOX ONLY)*

[x] 1 Original Proceeding    [ ] 2 Removed from State Court    [ ] 3 Remanded from Appellate Court    [ ] 4 Reinstated or Reopened    [ ] 5 Transferred from (Specify District)    [ ] 6 Multidistrict Litigation (Transferred)    [ ] 7 Appeal to District Judge from Magistrate Judge

       [ ] a. all parties represented

       [ ] b. At least one party is pro se.

[ ] 8 Multidistrict Litigation (Direct File)

## BASIS OF JURISDICTION

*(PLACE AN  x  IN ONE BOX ONLY)*

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [x] 3 FEDERAL QUESTION (U.S. NOT A PARTY)    [ ] 4 DIVERSITY

***IF DIVERSITY, INDICATE CITIZENSHIP BELOW.***

## CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Debra A. Vitagliano
27 Elizabeth St.
Port Chester, NY 10573

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

County of Westchester
Michaelian Building
148 Martine Ave.
White Plains, NY 10601

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

## COURTHOUSE ASSIGNMENT

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [x] WHITE PLAINS    [ ] MANHATTAN

DATE 11/01/2022    /s/ Daniel M. Vitagliano

            SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. 07   Yr. 2021 )
Attorney Bar Code # 5856703

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)