**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**Debra A. Vitagliano**

**Plaintiff**

vs.

Civil Number: 7:22-cv-09370
[rel 7:22-cv-06950-PMH]

**County of Westchester, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Stephen R. Mazzei, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint, Civil Cover Sheet, and Related Case Statement in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 11/04/2022 at 11:10 AM, I served George Latimer, County Executive at Michaelian Building, 148 Martine Avenue, White Plains, New York 10601 with the Summons, Complaint, Civil Cover Sheet, and Related Case Statement by serving Donna Dixon, Designated Agent, authorized to accept service.

Donna Dixon is described herein as:

Gender: Female   Race/Skin: Black   Age: 35   Weight: 100-130   Height: 5'4"-5'8"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

11/11/2022
Executed On

Stephen R. Mazzei

Client Ref Number: N/A
Job #: 1610156

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Debra A. Vitagliano,<br><br>*Plaintiff(s)*<br>v.<br>County of Westchester; George Latimer, in his official capacity as County Executive of the County of Westchester; John M. Nonna, in his official capacity as County Attorney of the County of Westchester,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 7:22-cv-09370<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* George Latimer
County Executive, Westchester County
Michaelian Building
148 Martine Ave.
White Plains, NY 10601
(914) 995-2900
ce@westchestergov.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Daniel M. Vitagliano
The Becket Fund for Religious Liberty
1919 Pennsylvania Avenue NW, Suite 400
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/2/2022

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

