UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
Debra A. Vitagliano,

                                        Plaintiff,

    -Against-

County of Westchester; George Latimer, in his official
capacity as County Executive of the County of Westchester;
John M. Nonna, in his official capacity as County Attorney
of the County of Westchester,

                                      Defendants.
------------------------------------------------------------------------x

Civil Action No. 7:22-cv-09370

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants COUNTY OF WESTCHESTER, GEORGE LATIMER, COUNTY EXECUTIVE, JOHN M. NONNA, COUNTY ATTORNEY in the above-captioned case. This Notice of Appearance is submitted without waiving the right to raise jurisdictional defenses. I certify that I am admitted to practice before this Court.

Dated:   November 22, 2022
              White Plains, New York

                                                      Respectfully Submitted,

                                                        *John M. Nonna*
                                                        John M. Nonna, Esq.
                                                         County Attorney
                                                         148 Martine Avenue, Suite 600
                                                         White Plains, NY 10601
                                                          (914) 995-2690
                                                         JNonna@westchestergov.com