UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA A. VITAGLIANO,<br><br>    *Plaintiff*,<br><br>v.<br><br>COUNTY OF WESTCHESTER;<br><br>GEORGE LATIMER, in his official capacity as County Executive of the County of Westchester;<br><br>– and –<br><br>JOHN M. NONNA, in his official capacity as County Attorney of the County of Westchester,<br><br>    *Defendants*. | Case No.  7:22-cv-09370<br>[rel 7:22-cv-06950] |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Mark L. Rienzi, move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel in the above-captioned action for the Plaintiff, Debra A. Vitagliano.

I am a member in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 22, 2022								Respectfully submitted,

/s/ *Mark L. Rienzi*
Mark L. Rienzi
  D.C. Bar No. 494336
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
  Suite 400
Washington, DC 20006
(202) 955-0095

**CERTIFICATE OF SERVICE**

I certify that, pursuant to Rule 9.1 of the Electronic Case Filing Rules & Instructions for the United States District Court for the Southern District of New York, I have electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of New York by using the CM/ECF system on November 22, 2022. All participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

*/s/ Mark L. Rienzi*
Mark L. Rienzi