UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA A. VITAGLIANO,<br><br>    *Plaintiff*,<br><br>  v.<br><br>COUNTY OF WESTCHESTER;<br><br>GEORGE LATIMER, in his official capacity as County Executive of the County of Westchester;<br><br>– and –<br><br>JOHN M. NONNA, in his official capacity as County Attorney of the County of Westchester,<br><br>    *Defendants*. | Case No. 7:22-cv-09370<br>[rel 7:22-cv-06950] |

**DECLARATION OF MARK RIENZI IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Mark L. Rienzi, being duly sworn, hereby deposes and says as follows:

1. I am over 21 years old and capable of making this declaration pursuant to 28 U.S.C. § 1746. I have not been convicted of a felony or been convicted of a crime of dishonesty.

2. I am president & CEO with the Becket Fund for Religious Liberty.

3. I submit this declaration in support of my motion for admission to practice pro hac vice in the above captioned matter.

4. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bar of the District of Columbia.

5. There are no pending disciplinary proceedings against me in any State or Federal Court.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wherefore your declarant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for the Plaintiff, Debra A. Vitagliano.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 22, 2022

Mark Rienzi
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW Suite 400
Washington, D.C. 20006
Telephone/Fax: 202-955-0095
mrienzi@becketlaw.org