# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA A. VITAGLIANO,<br><br>*Plaintiff,*<br><br>v.<br><br>COUNTY OF WESTCHESTER;<br><br>GEORGE LATIMER, in his official capacity as County Executive of the County of Westchester;<br><br>– and –<br><br>JOHN M. NONNA, in his official capacity as County Attorney of the County of Westchester,<br><br>*Defendants.* | Case No. 7:22-cv-09370<br>[rel 7:22-cv-06950] |

## DECLARATION OF JOSEPH DAVIS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Joseph C. Davis, being duly sworn, hereby deposes and says as follows:

1. I am over 21 years old and capable of making this declaration pursuant to 28 U.S.C. § 1746. I have not been convicted of a felony or been convicted of a crime of dishonesty.

2. I am counsel with the Becket Fund for Religious Liberty.

3. I submit this declaration in support of my motion for admission to practice pro hac vice in the above captioned matter.

4. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bars of the District of Columbia and Louisiana.

5. There are no pending disciplinary proceedings against me in any State or Federal Court.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wherefore your declarant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for the Plaintiff, Debra A. Vitagliano.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 22, 2022

                                 Joseph C. Davis
                                 The Becket Fund for Religious Liberty
                                 1919 Pennsylvania Ave. NW Suite 400
                                 Washington, D.C. 20006
                                 Telephone/Fax: 202-955-0095
                                 jdavis@becketlaw.org