## Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that_____

Mr. Joseph Charles Tucker Davis

_____

1919 Pennsylvania Ave NW Ste 400

whose address is_____

Washington, DC  20006

_____

is a member in good standing of the Louisiana State Bar Association as of this date, and that

said person was duly admitted to practice in the courts of the State of Louisiana on the

_____28th_____day of _____April_____,_____2015_____.

Given over my hand and the Seal of the Louisiana State Bar Association, this_____1st_____

day of_____November_____,_____2022_____.

_____
Executive Director
Louisiana State Bar Association