

**George Latimer**
**County Executive**

**John M. Nonna**
**County Attorney**

November 22, 2022

Hon. Philip M. Halpern, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, NY 10601
*Via ECF*

    Re:    *Vitagliano v. County of Westchester, et al.*, 22-cv-09370 (PMH)
            Related Case: *Doe v. County of Westchester, et al.*, 22-cv-06950 (PMH)

Dear Judge Halpern:

    I am the County Attorney for the County of Westchester, counsel for Defendants in the above-referenced action (as well as in the related case). I write to respectfully request a three-week extension of time for Defendants to respond to the Complaint in *Vitagliano*, from November 25, 2022, until December 16, 2022. This is Defendants' first request for an extension. If granted, the extension will not affect any other scheduled dates. Plaintiff does not oppose this request.

    The requested extension is necessary to allow this office sufficient time to formulate an appropriate response to the Complaint, including, if applicable, the exchange of pre-motion letters consistent with Your Honor's individual practices.

    I thank the Court for its consideration of this request.

                                                                          Sincerely,

                                                                          John M. Nonna
                                                                          County Attorney

Cc:    Daniel Matthew Vitagliano (via ECF)

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601        Telephone: (914)995-2660  Website: westchestergov.com