UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA A. VITAGLIANO,<br><br>　　　　　　　　　Plaintiff,<br><br>– against –<br><br>COUNTY OF WESTCHESTER, *et al.*,<br><br>　　　　　　　　　Defendants. | 22-cv-09370 (PMH)<br>[Rel. 22-cv-06950 (PMH)]<br><br>**NOTICE OF**<br>**APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants County of Westchester, George Latimer, and John M. Nonna in the above-captioned action. I certify that I am admitted to practice before this Court.

Dated:　White Plains, New York
　　　　November 22, 2022

　　　　　　　　　　　　　　　　　　　　**JOHN M. NONNA**
　　　　　　　　　　　　　　　　　　　　Westchester County Attorney
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*

　　　　　　　　　　　　　　　　　　　　*/s/ Shawna C. MacLeod*
　　　　　　　　　　　　　　　　　　　　Shawna C. MacLeod
　　　　　　　　　　　　　　　　　　　　Sr. Assistant County Attorney, of Counsel
　　　　　　　　　　　　　　　　　　　　Michaelian Office Building
　　　　　　　　　　　　　　　　　　　　148 Martine Avenue, Room 604(a)
　　　　　　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　　　　　　T: (914) 995-4194
　　　　　　　　　　　　　　　　　　　　scma@westchestergov.com