UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA A. VITAGLIANO,<br><br>                            Plaintiff,<br><br>– against –<br><br>COUNTY OF WESTCHESTER, *et al.*,<br><br>                            Defendants. | 22-cv-09370 (PMH)<br>[Rel. 22-cv-06950 (PMH)]<br><br>**NOTICE OF<br>APPEARANCE** |

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants County of Westchester, George Latimer, and John M. Nonna in the above-captioned action. I certify that I am admitted to practice before this Court.

Dated:    White Plains, New York
             November 22, 2022

                                    **JOHN M. NONNA**
                                    Westchester County Attorney
                                    *Attorney for Defendants*

                                    */s/ Justin R. Adin*
                                    Deputy County Attorney
                                    Michaelian Office Building
                                    148 Martine Avenue, 6th Floor
                                    White Plains, New York 10601
                                    T: (914) 995-2893
                                    jra3@westchestergov.com