UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA A. VITAGLIANO,<br><br>        Plaintiff,<br><br> – against –<br><br>COUNTY OF WESTCHESTER, *et al.*,<br><br>        Defendants. | 22-cv-09370 (PMH)<br>[Rel. 22-cv-06950 (PMH)]<br><br>**NOTICE OF<br><u>APPEARANCE</u>** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants County of Westchester, George Latimer, and John M. Nonna in the above-captioned action. I certify that I am admitted to practice before this Court.

Dated: White Plains, New York
    November 22, 2022

                 **JOHN M. NONNA**
                 Westchester County Attorney
                 *Attorney for Defendants*

                 /s/ *Alida L. Marcos*
                 Alida L. Marcos, Esq.
                 Assistant County Attorney, of Counsel
                 Michaelian Office Building
                 148 Martine Avenue, Room 604(a)
                 White Plains, New York 10601
                 T: (914) 995-5102
                 azmh@westchestergov.com