**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DEBRA A. VITAGLIANO,

                   Plaintiff,

  -against-                                     22 **CIVIL** 9370 (PMH)

                                                             **<u>JUDGMENT</u>**

COUNTY OF WESTCHESTER,

                   Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 3, 2023, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       January 3, 2023

                                                                   **RUBY J. KRAJICK**

                                                                    _____
                                                                       **Clerk of Court**

                          **BY:**    *K. Mango*

                                                                     _____
                                                                       **Deputy Clerk**