UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBRA A. VITAGLIANO,<br><br>    *Plaintiff*,<br><br>    v.<br><br>COUNTY OF WESTCHESTER,<br><br>    *Defendant*. | Case No.  7:22-cv-09370<br>[rel 7:22-cv-06950]<br><br>**NOTICE OF APPEAL** |

   Notice is hereby given that Debra A. Vitagliano, Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Second Circuit from the memorandum opinion and order granting Defendant County of Westchester's motion to dismiss, Dkt. 31, and the judgment of this Court, Dkt. 32, entered January 3, 2023.

   Respectfully submitted this 4th day of January, 2023.

/s/ Daniel M. Vitagliano
Daniel M. Vitagliano*
  S.D.N.Y. Bar No. 5856703
Mark L. Rienzi**
Joseph C. Davis**
Daniel L. Chen**
The Becket Fund for Religious Liberty
  1919 Pennsylvania Ave, N.W.
Suite 400
Washington, D.C. 20006
(202) 955-0095
dvitagliano@becketlaw.org

*Not admitted to the D.C. Bar; admitted to the N.Y. Bar; supervised by licensed D.C. Bar members

**Admitted *pro hac vice*

*Attorneys for Plaintiff*
