UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBRA A. VITAGLIANO,

               Plaintiff,

        -against-

COUNTY OF WESTCHESTER,

               Defendant.

**JUDGMENT**

22-CV-09370 (PMH)

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Order of the United States Court of Appeals for the Second Circuit dated June 21, 2023, the prior Judgment entered in this matter on January 3, 2023 (Doc. 32), is hereby vacated only insofar as it dismissed Plaintiff's Complaint on the basis of Plaintiff's failure to establish Article III standing; and

It is further **ORDERED, ADJUDGED AND DECREED**: That, for the reasons stated in the Order of the United States Court of Appeals for the Second Circuit dated June 21, 2023 and consistent therewith, the prior Judgment entered in this matter on January 23, 2023 (Doc. 32), is hereby otherwise affirmed insofar as it granted Defendant's motion, dismissing Plaintiff's Complaint on the merits after concluding that *Hill v. Colorado*, 530 U.S. 703 (2000) is dispositive of Plaintiff's First Amendment claim.

Accordingly, this case is, and remains, closed.

**SO ORDERED**

Dated:  White Plains, New York
       March 19, 2026

_____
Philip M. Halpern
United States District Judge